| | | | |
|---|---|---|---|
| Com. v. Konias . . . . . | 08/10/2016162 WAL (2016) | Denied | Pa.Super., 136 A.3d 1014 |
| Com. v. Laureano . . | 08/30/2016226 EAL (2016) | Denied | |
| Com. v. Little . . . . . . | 09/07/2016165 MAL (2016) | Denied | Pa.Super., 141 A.3d 587 |
| Com. v. Luchsinger | 08/16/2016255 MAL (2016) | Denied | Pa.Super., 144 A.3d 201 |
| Com. v. Maines . . . . . | 09/06/2016227 WAL (2016) | Denied | |
| Com. v. Malone . . . . | 08/25/2016107 EAL (2016) | Denied | Pa.Super., 141 A.3d 598 |
| Com. v. Mandrum . . | 08/23/2016112 EAL (2015) | Denied | Pa.Super., 120 A.3d 368 |
| Com. v. Martinez . . . | 08/30/2016118 EAL (2016) | Denied | Pa.Super., 144 A.3d 189 |
| Com. v. Mason . . . . . | 08/22/2016325 MAL (2016) | Denied | Pa.Super., 144 A.3d 198 |
| Com. v. Mays . . . . . . | 08/17/2016193 EAL (2016) | Denied | Pa.Super., 145 A.3d 785 |
| Com. v. McDade . . . | 08/17/201625 MAL (2016) | Denied | Pa.Super., 134 A.3d 93 |
| Com. v. McGrath . . . | 08/10/2016103 EAL (2016) | Denied | Pa.Super., 135 A.3d 646 |
| Com. v. Miller . . . . . . | 08/10/2016154 EAL (2016) | Denied | Pa.Super., 144 A.3d 206 |
| Com. v. Mitchell . . . . | 08/30/2016137 WAL (2016) | Denied | Pa.Super., 135 A.3d 1097 |
| Com. v. Molino . . . . . | 08/30/2016174 EAL (2016) | Denied | Pa.Super., 145 A.3d 772 |